IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Civil Case No.   01-CV-01854-LTB-BNB

LAWRENCE GOLAN, RICHARD KAPP, S. A. PUBLISHING CO., IND., d/b/a ESS.A.Y RECORDINGS, SYMPHONY OF THE CANYONS, RON HALL d/b/a FESTIVAL FILMS, and JOHN McDONOUGH, d/b/a TIMELESS VIDEO ALTERNATIVES INTERNATIONAL,

 Plaintiffs,

v.

ALBERTO R. GONZALEZ, in his official capacity as Attorney General of the United States, and MARYBETH PETERS, Register of Copyrights, Copyright Office of the United States,

 Defendants.
_____

ORDER
_____

 The Government, having secured summary judgment on all of the plaintiffs' claims, submitted a bill of costs. The Clerk, after review, assessed costs in the amount of zero. The plaintiffs' objection to the Government's bill of costs is thus OVERRULED as moot.

Dated: July  12 , 2005, in Denver, Colorado.

            BY THE COURT:

              s/Lewis T. Babcock
            Lewis T. Babcock, Chief Judge