### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### LEWIS T. BABCOCK, JUDGE

Civil Case No.  01-cv-01854-LTB-BNB

LAWRENCE GOLAN;
ESTATE OF RICHARD KAPP;
S.A. PUBLISHING CO., INC., d/b/a ESS.A.Y. RECORDINGS;
SYMPHONY OF THE CANYONS;
RON HALL d/b/a FESTIVAL FILMS; and
JOHN McDONOUGH d/b/a TIMELESS VIDEO ALTERNATIVES INTERNATIONAL,

        Plaintiffs,

v.

ALBERTO R. GONZALES, in his official capacity as Attorney General of the United States; and
MARYBETH PETERS, Register of Copyrights, Copyright Office of the United States,

        Defendants.

INTERNATIONAL COALITION FOR COPYRIGHT PROTECTION,

        Amicus Curiae.

_____

### MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


The Stipulated Motion to Vacate and Reschedule the February 28, 2008 Status/Scheduling Hearing (Doc 137 - filed February 22, 2008) is **GRANTED**.

The hearing set **February 28, 2009 is VACATED and RESET for Thursday, May 29, 2008 at 8:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.




Dated:  February 22, 2008
_____