IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 01-cv-01854-LTB-BNB

LAWRENCE GOLAN;
ESTATE OF RICHARD KAPP;
S.A. PUBLISHING CO., INC., d/b/A ESS.A.Y. RECORDINGS;
SYMPHONY OF THE CANYONS;
RON HALL, d/b/A FESTIVAL FILMS;
JOHN McDONOUGH, d/b/a TIMELESS VIDEO ALTERNATIVES INTERNATIONAL,

    Plaintiffs,

v.

ALBERTO GONZALES, in his official capacity as Attorney General of the United States; and MARYBETH PETERS, Register of Copyrights, Copyright Office of the United States,

    Defendants,

INTERNATIONAL COALITION FOR COPYRIGHT PROTECTION,

    Amicus Curiae.

_____

# ORDER
_____

As set forth on the record at the status and scheduling hearing held on June 19, 2008, IT IS HEREBY ORDERED as follows:

1. The parties shall file cross motions for summary judgment on the First Amendment issues that remain pending following remand from the Tenth Circuit on or before October 31, 2008;

2. The parties shall file their responses to the cross motions for summary judgment on or before November 28, 2008; and

3. The parties shall file their replies to the cross motions for summary judgment on or before December 12, 2008.

Dated: June   19  , 2008 in Denver, Colorado.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE