IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:01-cv-1854-LTB-BNB

LAWRENCE GOLAN,
RICHARD KAPP,
S.A. PUBLISHING CO., INC., d/b/a ESS.A.Y RECORDINGS,
SYMPHONY OF THE CANYONS,
RON HALL, d/b/a FESTIVAL FILMS, and
JOHN McDONOUGH, d/b/a TIMELESS VIDEO ALTERNATIVES INTERNATIONAL,

       Plaintiffs,

v.

ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States,
MARYBETH PETERS, in her official capacity as Register of Copyrights, Copyright Office of the United States,

       Defendants.

## **NOTICE**

PLEASE TAKE NOTICE that the hearing before the Clerk of the Court on Plaintiffs' Bill of Costs [Docket No. 159] has been continued from 9:30 a.m. Thursday, May 7, 2009, to 9:30 a.m. Thursday, May 21, 2009.

Dated: May 5, 2009

OF COUNSEL:

DAVID O. CARSON
General Counsel
U.S. Copyright Office

ROBERT KASUNIC
Principal Legal Advisor
U.S. Copyright Office

Respectfully submitted,

TONY WEST
Assistant Attorney General

DAVID M. GAOUETTE
Acting United States Attorney

VINCENT M. GARVEY
Deputy Branch Director

 */s/ Christopher R. Hall*
CHRISTOPHER R. HALL
Trial Attorney
United States Department of Justice
Civil Division, Room 7128
20 Massachusetts Ave, NW
Washington D.C. 20530
(202) 514-4778
(202) 616-8470, facsimile

Counsel for Defendants