IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:01-cv-1854-LTB-BNB

LAWRENCE GOLAN,
RICHARD KAPP,
S.A. PUBLISHING CO., INC., d/b/a ESS.A.Y RECORDINGS,
SYMPHONY OF THE CANYONS,
RON HALL, d/b/a FESTIVAL FILMS, and
JOHN McDONOUGH, d/b/a TIMELESS VIDEO ALTERNATIVES INTERNATIONAL,

       Plaintiffs,

v.

ERIC H. HOLDER JR., in his official capacity as Attorney General of the United States,
MARYBETH PETERS, in her official capacity as Register of Copyrights, Copyright Office of
the United States,

       Defendants.

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE TENTH CIRCUIT

      NOTICE is hereby given that the Defendants, Eric H. Holder Jr., in his official capacity as Attorney General of the United States, and Marybeth Peters, in her official capacity as Register of Copyrights, Copyright Office of the United States, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Judgment entered in this case on April 7, 2009 [Docket No. 157], and the Order and Opinion entered in this case on April 3, 2009 [Docket No. 156], granting Plaintiffs' motion for summary judgment and denying Defendants' motion for summary judgment.

| | |
|---|---|
| Dated: June 5, 2009 | Respectfully submitted, |
| OF COUNSEL: | TONY WEST<br>Assistant Attorney General |
| DAVID O. CARSON<br>General Counsel<br>U.S. Copyright Office | DAVID M. GAOUETTE<br>Acting United States Attorney |
| ROBERT KASUNIC<br>Principal Legal Advisor<br>U.S. Copyright Office | VINCENT M. GARVEY<br>Deputy Branch Director |
| | */s/ Christopher R. Hall*<br>CHRISTOPHER R. HALL<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Room 7128<br>20 Massachusetts Ave, NW<br>Washington D.C. 20530<br>(202) 514-4778<br>(202) 616-8470, facsimile |
| | Counsel for Defendants |

## **CERTIFICATE OF SERVICE**

I certify that, on June 5, 2009, I caused a copy of the foregoing Notice of Appeal to the United States Court of Appeal for the Tenth Circuit to be served by electronic mail via the Court's ECF procedures upon counsel at the following addresses:

Hugh Gottschalk
Wheeler, Trigg & O'Donnell LLP
1801 California Street, Ste. 3600
Denver, CO 80202-2636
gottschalk@wtotrial.com

Carolyn Fairless
Wheeler, Trigg & O'Donnell LLP
1801 California Street, Ste. 3600
Denver, CO 80202-2636
fairless@wtotrial.com

                                                  */s/ Christopher R. Hall*
                                                  CHRISTOPHER R. HALL