IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 01-cv-01854-LTB

LAWRENCE GOLAN;
ESTATE OF RICHARD KAPP;
S.A. PUBLISHING CO., INC., d/b/A ESS.A.Y. RECORDINGS;
SYMPHONY OF THE CANYONS;
RON HALL, d/b/A FESTIVAL FILMS; and
JOHN McDONOUGH, d/b/a TIMELESS VIDEO ALTERNATIVES INTERNATIONAL,

       Plaintiffs,

v.

ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States; and MARYBETH PETERS, in her official capacity as Register of Copyrights, Copyright Office of the United States,

       Defendants.

_____

JUDGMENT
_____

PURSUANT TO and in accordance with the Order entered by the Honorable Lewis T. Babcock, United States District Judge, on August 16, 2010,

Mandate from the Tenth Circuit Court of Appeals issued August 13, 2010. In its opinion, issued June 21, 2010, the Tenth Circuit concluded:

> "In sum, Congress acted within its authority under the Copyright clause in enacting Section 514. *See Id* at 1187. Further Section 514 does not violate Plaintiffs' freedom of speech under the First Amendment because it advances an important governmental interest, and it is not substantially broader than necessary to advance that interest. Accordingly, we REVERSE the judgment of the District Court and REMAND with instructions to grant summary judgment in favor of the government."

In accordance with the mandate upon remand,

IT IS ORDERED that judgment is entered in favor of the Defendants Eric H. Holder, Jr., in his official capacity as Attorney General of the United States; and Marybeth Peters, in her official capacity as Register of Copyrights, Copyright Office of the United States Government and against the Plaintiffs Lawrence Golan; Estate of Richard Kapp; S.A. Publishing Co., Inc., d/b/a ESS.A.Y. Recordings; Symphony of the Canyons; Ron Hall, d/b/a Festival Films; and John McDonough, d/b/a Timeless Video Alternatives International.

IT IS FURTHER ORDERED that Defendants are awarded costs upon the filing of a Bill of Costs with the Clerk of Court within 14 days of entry of judgment.

DATED at Denver, Colorado this ___17th___ day of August, 2010.

FOR THE COURT:

Gregory C. Langham, Clerk

By: __s/ Edward P. Butler__
    Edward P. Butler
    Deputy Clerk